1  DENISE B. HALEY
   ATTORNEY AT LAW SBN: 143709
2  LAW OFFICE OF LAWRENCE D. ROHFLING
   12631 E. IMPERIAL HWY SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA 90670
   TEL: (562) 868-5886
4  FAX: (562) 868-5491

5  Attorneys for Plaintiff MELVIN RAYNOR

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELVIN RAYNOR, | Case No.: CV 06-1059 DLB |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE and ORDER |
| vs. | |
| JO ANNE B. BARNHART, | |
| Commissioner of the Social Security Administration, | |
| Defendant | |

TO THE HONORABLE DENNIS L. BECK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that plaintiff may have an extension of time to and including, June 15, 2007, in which to prepare appellant's opening brief in this case, and that all other deadlines are extended accordingly.

///

///

///

-1-

1 This request is made at the request of plaintiff's counsel to allow her time to seek
2 settlement.
3 DATE:  May 21, 2007			Respectfully submitted,
4 					LAW OFFICES OF LAWRENCE D. ROHLFING

					BY: __/s/-Denise B. Haley_____
					    Denise B. Haley
					    Attorney for MELVIN RAYNOR


DATE:  May 21, 2007.			MCGREGOR W. SCOTT
					United States Attorney
					LUCILLE GONZALES MEIS
					Regional Chief Counsel, Region IX
					Social Security Administration


					BY: _/s/ - Jean M. Turk_
					    Jean M. Turk
					    Assistant United States Attorney
					    Attorneys for Defendant
					    By email authorization on May 21, 2007

-2-

## ORDER

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including June 15, 2007, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to July 16, 2007 to consider the contentions raised in Plaintiff's Opening Brief, and file any opposition if necessary.

IT IS SO ORDERED.

DATE: May 23, 2007              ____/s/ Dennis L. Beck _____
                                DENNIS L. BECK
                                **United States Magistrate Judge**